UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YAN QUN XUE, *et al.,*
*on his own behalf and on behalf of others similarly situated*

         **Plaintiffs,**

         v.

FADA GROUP INC., *et al.,*
*doing business as* SOGO

         **Defendants.**

Civil Action No. 23-2371 (EP)(JSA)

**AMENDED
SCHEDULING ORDER**

    **THIS MATTER** having come before the Court for a Telephone Status Conference on January 11, 2024, and the Court having addressed the parties' joint letter of January 4, 2024, (ECF No. 20); and for the reasons set forth during the January 11th Conference; and for good cause shown,

    **IT IS on this 11th day of January 2024,**

    **ORDERED THAT**:

    1.    The deadline for fact discovery is extended through and including **May 14, 2024**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

    2.    The deadline for serving affirmative expert reports is extended through and including **June 14, 2024.**

    3.    The deadline serving responsive expert reports is extended through and including **July 15, 2024.**

    4.    The deadline for completing all expert discovery, including expert depositions, is extended through and including **August 15, 2024**.

5. Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court **not later than thirty (30) days before the fact discovery deadline**. **The Court will not entertain applications concerning discovery matters, informally or otherwise, after this date**. If an unresolved dispute arises at a deposition, then the parties must contact the Chambers of the Undersigned for assistance during the deposition. Failure to contact Chambers for intervention before adjourning that deposition may constitute waiver of the right to seek relief from the Court.

6. The parties shall submit a joint letter on or before **March 15, 2024**, addressing the status of completing fact discovery and any settlement discussions.

7. The Court will conduct a **Telephone Status Conference** on **March 21, 2024 at 9:30 a.m.** and will provide the parties with the connection information in advance.

8. All other provisions of Scheduling Orders previously issued in this matter shall remain in full force and effect.

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

cc: Hon. Evelyn Padin, U.S.D.J.